**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1844**

IN RE:  ANDREA G. BRIGGS,

                Petitioner.

On Petition for an Extraordinary Writ.
(8:13-cv-01614-DKC)

Submitted:  October 22, 2013          Decided:  October 24, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Andrea G. Briggs, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Andrea Briggs petitions for an extraordinary writ pursuant to the All Writs Act, 28 U.S.C. § 1651(a) (2006). We conclude that relief is not warranted. Accordingly, we deny all of Briggs' pending motions and deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED